Jurisdiction is relinquished.

■

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Brian S. HIMES, Respondent.**

Supreme Court of Pennsylvania.

May 17, 2000.

### ORDER

PER CURIAM:

AND NOW, this 17th day of May, 2000, the Petition for Allowance of Appeal is hereby **GRANTED**, the order of the Superior Court is **VACATED**, and the matter is **REMANDED** to the trial court to consider the effect of this Court's recent decision in *Department of Transp. v. Kline*, 559 Pa. 646, 741 A.2d 1281 (1999).